ACCEPTED
15-25-00054-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/1/2025 4:59 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00054-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/1/2025 4:59:25 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT AUSTIN, TEXAS

**JOHANNES B. MASSAR,**
*Appellant*

v.

**PEGASUS PAIN MANAGEMENT, PLLC,**
*Appellee*

**From Cause No. CC-22-00078-B in the County Court at Law No. 2, Dallas County, Texas, Honorable Melissa Bellan, Presiding**

## APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

COMES NOW, Pegasus Pain Management, PLLC ("Appellee" or "PPM"), and files *Appellee's Unopposed Motion to Extend Time to File Appellee's Brief*, and would show this Honorable Court as follows:

## I.
## BACKGROUND

On September 8, 2025, Appellant Johannes B. Massar ("Appellant") filed *Brief of Appellant.* Based on *Tex. R. App. P.* 38.6(b), Appellee's Brief is due on or

before October 8, 2025. Appellee requests a thirty (30) day extension until November 7, 2025 to file its brief.

Appellant does not oppose this extension request.

## II.
## RELIEF REQUESTED

Appellee respectfully requests the Court grant it an extension until November 7, 2025 to file Appellee's Brief. This is the first extension request sought for Appellee's Brief.

## III.
## ARGUMENT AND AUTHORITIES

### A. The Law

Rule 10.5(b) of the Texas Rules of Appellate Procedure provides that a party may seek an extension of time to file its brief by complying with Rule 10.5(b)(1). *See Tex. R. App. P.* 38.6(d). A motion to extend time must include: (1) the deadline for filing the item at issue; (2) the length of the extension sought; (3) the facts relied on to support the request for an extension; and (4) the number of previous extensions granted. *See Tex. R. App. P.* 10.5(b)(1).

### B. Application of the Law to the Facts

Appellee has complied with Rules 10.5(b)(1) and has demonstrated good cause as explained below for an extension. Good cause exists for granting Appellee a thirty (30) day extension to November 7, 2025 to file its brief. Among other

considerations, Appellee's counsel has been involved in the following time sensitive matters in the last thirty (30) days or more:

1. *Gratitude Restaurant Group, Inc. v. OSO Coffee Company, LLC, Mark Nelson, and Clint A. Stegall*; Cause No. 2024-1153-6 in the 474th District Court of McLennan County, Texas – summary judgment briefing, responses, and objections for a summary judgment hearing on September 15, 2025 in Waco, Texas. Without leave of court, the summary judgment movants filed a new summary judgment motion, purported evidence, objections, and a response/reply less than five (5) hours before the hearing, asking for these filings to be decided at the 1:30 p.m. hearing. In addition to the significant time devoted to briefing, research, filing of a response, objections, and related motions, these last minute filings required immediate attention. Following the September 15th hearing, the Court ordered GRG to respond to the Defendants' new summary judgment motion by September 29, 2025, which GRG did;

2. *Urban Oil & Gas Group, LLC v. Aspen Specialty Insurance Company*, Civil Action No. 4:24-CV-00854 in the United States District Court for the Eastern District of Texas, Sherman Division – preparation of lengthy and comprehensive expert report for Plaintiff Urban Oil & Gas Group, LLC due on August 29, 2025. The preparation of the report required review of

hundreds of documents;

3. Intensive view of materials and settlement negotiations involving insurance coverage in *Midland County Hospital District v. McCarthy Building Companies, Inc. et al.*, Cause No. CV59430; Midland County District Court. These negotiations intensified in the last few weeks necessitating numerous conferences and evaluations;

4. Preparation, review, and drafting of several time sensitive lawsuits styled *UV Logistics, LLC d/b/a United Vision Logistics v. Hallmark County Mutual Insurance Company*, Cause No. CC-25-07082-C in the County Court at Law No. 3 of Dallas County, Texas and *UV Logistics, LLC d/b/a United Vision Logistics v. Atlantic Specialty Insurance Company*, Cause No. 25-09-65097-CV in the 79th District Court of Jim Wells County, Texas;

5. Preparation of two responses and two sur-replies on behalf of a client in a pending Bar disciplinary matter that has time sensitive deadlines without the availability of any extensions;

6. Returning from vacation on August 11, 2025 and playing catch-up on a host of other generally pending client matters;

7. Intense review and participation in *TNT Gaming Center LLC and TNT Family Entertainment, Inc. v. American Specialty Insurance & Risk*

*Services, Inc., Arch Specialty Insurance Company, St. Paul Fire and Marine Insurance Company, et al*; Civil Action No. 3:24-cv-01995-K, in the United States District Court for the Northern District of Texas, Dallas Division regarding several issues including settlement, remand of the case, and lien related issues; and

8. Complex coverage analysis for a client in a time sensitive matter for purposes of negotiating and evaluating a resolution.

These and other pending matters and issues demonstrate that Appellee (and specifically its counsel) were not being deliberately indifferent or intentionally disregarding deadlines in this matter. As a two-attorney firm, work and tasks cannot be delegated to others in a large firm.

Appellant is not opposed to Appellee's extension request. The extension is not sought for delay, will not prejudice any party, and is made so that justice will be done.

Appellee requests the Court grant it an extension until November 7, 2025 to file Appellee's Brief.

## IV.
## CONCLUSION

Appellee has demonstrated good cause for the extension sought. Appellee's request should be granted.

WHEREFORE, PREMISES CONSIDERED, Appellee prays this Honorable Court grant its motion as requested herein and grant Appellee such other and further relief to which it is entitled.

Respectfully submitted,

By: */s/ Mark A. Ticer*
Mark A. Ticer
State Bar #20018900
mticer@ticerlaw.com
Jennifer W. Johnson
State Bar #24060029
jjohnson@ticerlaw.com

**LAW OFFICE OF MARK A. TICER**
10440 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 219-4220
(214) 219-4218 (FAX)

*ATTORNEYS FOR APPELLEE*
*PEGASUS PAIN MANAGEMENT, PLLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellant on September 30, 2025. Appellant does not oppose Appellee's extension request,

*/s/ Mark A. Ticer*
Mark A. Ticer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, *via e-file*, on this the 1st day of October 2025.

/s/ *Mark A. Ticer*
Mark A. Ticer

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Amerson on behalf of Mark Ticer
Bar No. 20018900
lamerson@ticerlaw.com
Envelope ID: 106337383
Filing Code Description: Motion
Filing Description: Appellee's Unopposed Motion to Extend Time to File Appellee's Brief
Status as of 10/2/2025 7:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Raymond R.Fernandez | | rfernandez@fernandezllp.com | 10/1/2025 4:59:25 PM | SENT |
| Robert L.Knebel | | rknebel@fernandezllp.com | 10/1/2025 4:59:25 PM | SENT |
| Jennifer WeberJohnson | | jjohnson@ticerlaw.com | 10/1/2025 4:59:25 PM | SENT |
| Mark Ticer | 20018900 | mticer@ticerlaw.com | 10/1/2025 4:59:25 PM | SENT |
| Brooke Bailey | | bbailey@ticerlaw.com | 10/1/2025 4:59:25 PM | SENT |
| Michelle Smith | | msmith@ticerlaw.com | 10/1/2025 4:59:25 PM | SENT |